IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MARTHUR DINGLE | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-210 |
| JOHN STEVENS, JR., *et al.*, | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Marthur Dingle, a pre-trial detainee at the Jefferson County Correctional Facility, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Judge John Stevens, Jr., District Attorney Mike Laird, and the Port Arthur Police Department.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing Plaintiff's claims for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) [Dkt. 7].

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED. A final judgment will be entered in accordance with the recommendations of the magistrate judge.

**SIGNED this 22nd day of September, 2023.**

Michael J. Truncale
United States District Judge

---

[1] Plaintiff received a copy of the Report and Recommendation on August 9, 2023 [Dkt. 8].